UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DEAN WEBB,

        Plaintiff,

    v.

WILLIAM KNIPP, Warden MCSP; *et al.*,

        Defendants.
        _____/

No. C-12-6405 EMC (pr)

**ORDER OF TRANSFER**

    Gary Dean Webb, an inmate at Mule Creek State Prison, filed this *pro se* civil action, complaining of events and omissions that occurred at that prison. Mule Creek is located in the city of Ione, California. Ione is in Amador County, which is located within the venue of the Eastern District of California. The defendants work at that prison, and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: February 5, 2013

                                        EDWARD M. CHEN
                                        United States District Judge